PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for Defendant United States

UNITED STATERS DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TINA BASMAJIAN, | ) | Case No. 1:23-cv-00063-TLN-AC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO ALLOW THE DEPOSITION OF PLAINTIFF; ORDER** |
| v. | ) ) | |
| UNITED STATES; and DOES 1 to 100, | ) ) | |
| Defendants. | ) ) | |

      Plaintiff Tina Basmajian ("Plaintiff"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through their undersigned counsel, and request that the time to take the deposition of Tina Basmajian be extended past the discovery cutoff which is "no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." *See* Initial Pretrial Scheduling Order, Dkt. 24 at 2:17-19.  Thus, the existing deadline for non-expert discovery is September 6, 2024.

      The United States requested deposition dates for Plaintiff on August 8, 2024, and Plaintiff agreed to set it for September 4, 2024.  On September 3, 2024, Plaintiff's counsel indicated that he contracted an illness, and the deposition could not go forward as scheduled.  The parties are also in the process of obtaining updated medical records from various parties.  The parties would like to allow Plaintiff's counsel adequate time to recover from his illness and to receive all the documents in the case and take the Plaintiff's deposition at a time more convenient to her.  The parties state that

their request is made in good faith, that good cause exists for the request, and that it is not being made for dilatory or any improper purposes.

Accordingly, the parties stipulate and agree that the United States should be allowed to take the Plaintiff's deposition within the next 60 days, or no later than three hundred (300) days from the date upon which the last answer may be filed with the Court, pursuant to the Federal Rules of Civil Procedure, which is enough flexibility to account for the recovery of counsel, receipt of documents, and accommodate Plaintiff's schedule. This will result in a sixty-day extension of the other dates set forth in the scheduling order. The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: September 4, 2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: September 4, 2024

LAW OFFICE OF LAWRENCE T. NIERMEYER

(As authorized 9/4/24)
By:   /s/Lawrence T. Niermeyer
LAWRENCE T. NIERMEYER
Attorney for Plaintiff

## ORDER

Having reviewed the stipulation submitted by the parties, the United States is authorized to take the Plaintiff's deposition at any time within the next 60 days or no later than three hundred (300) days from the date upon which the last answer may be filed with the Court. This will result in a sixty-day extension of the other dates set forth in the scheduling order, but the order (Dkt. 24) is not amended in any other way.

Dated: September 4, 2024

Troy L. Nunley
United States District Judge